IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM R. DOWNING, JR.                                             PLAINTIFF

v.                            No. 4:15-cv-570-DPM

DEPARTMENT OF FINANCE AND
ADMINISTRATION, an Agency of the
State of Arkansas; BOB HAUGEN, Individually
and Official Capacity; DAVID JUSTICE, Individual
and Official Capacity                                               DEFENDANTS

ORDER

Downing's timely amended complaint, FED. R. CIV. P. 15(a)(1)(B), moots defendants' motion to dismiss the original complaint. Defendants' motion, № 3, is denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 December 2015