IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM R. DOWNING, JR.                                              PLAINTIFF

v.                           No. 4:15-cv-570-DPM

DEPARTMENT OF FINANCE AND
ADMINISTRATION, an Agency of the
State of Arkansas; BOB HAUGEN and
DAVID JUSTICE, Both in their
Individual and Official Capacities                                   DEFENDANTS

ORDER

The Court can't keep the trial date. Because of unexpected developments, the Court needs our setting for a criminal trial, which must take priority. Plus, the Court needs more time to sort through the summary judgment papers. The Amended Final Scheduling Order, № 30, is suspended and the March 7th trial is canceled. The motion to strike, № 69, is denied without prejudice. Downing should respond to the belated summary judgment motion, № 64, on both procedural and merits grounds, by 3 March 2017. The continuance provides breathing room to do so.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 February 2017