IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM R. DOWNING, JR.                                     PLAINTIFF

v.                              No. 4:15-cv-570-DPM

DEPARTMENT OF FINANCE AND
ADMINISTRATION, an Agency of the
State of Arkansas; BOB HAUGEN and
DAVID JUSTICE, Both in their
Individual and Official Capacities            DEFENDANTS

## JUDGMENT

Downing's amended complaint is dismissed with prejudice based on the parties' settlement during the trial. The Court retains jurisdiction until 5 June 2018 to resolve any disputes about the settlement.

_WBMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_5 April 2018_